UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julio C. Cury

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

① Terry Kalk: Director, Human Resources
The Westin Grand Central Hotel
212 East 42nd Street New York, N.Y. 10017 = (212) 490-8900

② Nick Andrews: Business Agent
Local #6 union: 709 Eighth Ave
New York, N.Y. 10036
(212) 957-8000

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

16CV4597

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Jury Trial: ☒ Yes  ☐ No
*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 16  PM 3:50
S.D. OF N.Y.

Rev. 05/2010                                    1

**I.    Parties in this complaint:**

A.   List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Julio C. Cury
Street Address 2298 Creston Ave: Apt 28
County, City Bronx, N.Y.
State & Zip Code New York, 10468
Telephone Number 347-493-5170

B.   List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name Nick Andrews: Business Agent
Street Address Local #6 Union: 709 Eighth Ave,
County, City New York, N.Y.
State & Zip Code 10036
Telephone Number (212) 957-8000 : Ext 2148

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer Terry Kalk: H.R. The Westin Grand Central
Street Address 212 East 42nd Street
County, City New York, N.Y.
State & Zip Code 10017
Telephone Number (212) 490-8900

**II.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____   Failure to hire me.

_____   Termination of my employment.

_____   Failure to promote me.

✓   Failure to accommodate my disability.

✓   Unequal terms and conditions of my employment.

Rev. 05/2010                                         2

____ Retaliation.

__✓__ Other acts (specify): recovering Alcholic: Disability

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: MARCH 3, 2016
   Date(s)

C. I believe that defendant(s) (check one):

   __✓__ is still committing these acts against me.

   ____ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check only those that apply and explain):

   ☐ race _____   ☐ color _____

   ☐ gender/sex _____   ☐ religion _____

   ☐ national origin _____

   ☐ age.  My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

   ☒ disability or perceived disability, recovering Alcholic (specify)

E. The facts of my case are as follow (attach additional sheets as necessary):

My mohthr illness and my sister having cancer I got and become depressed and I drank, and sometime I got stuck on the train due to lack of servise my employer didn't care and didn't belive me.

_____

_____

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: April 15, 2016 (Date).

B.   The Equal Employment Opportunity Commission *(check one)*:

_____   has not issued a Notice of Right to Sue letter.

___✓___ issued a Notice of Right to Sue letter, which I received on _May 19, 2016_ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.

_____   less than 60 days have elapsed.

## IV.   Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _I want my job back AND money due lost._

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16_ day of _June_, 20_16_.

Signature of Plaintiff _[signature]_

Address _2298 Creston Ave #28_
_Bronx, N.Y. 10468_

Telephone Number _347-493-5170_

Fax Number *(if you have one)* _____



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
District Office: (212) 336-3620

Ashraf Ahmed
Federal Investigator

Mr. Julio Cury
2298 Creston Avenue (Apt. 28)
Bronx, New York 10468

April 28, 2016
Cury v. Starwood Hotels & Resorts
EEOC Charge # 520-2016-02078

Dear Mr. Cury:

This Office is in receipt of your recent request that you be issued a Notice of Right to Sue on the above-referenced charge.

Ordinarily, a charging party or his/her counsel is not entitled to receive such requested Notice of Right to Sue until the complaint has been pending with the EEOC for at least 180 days. However, an early Notice of Right to Sue is authorized by 29 C.F.R. § 1601.28(a)(2) if the Director determines that the Commission will not be able to complete its administrative process within 180 days of the charge's filing date.

After reviewing the circumstances of this complaint, the agency determined that issuing you the requested Notice of Right to Sue is warranted given current workloads and the extent of additional information required to complete such an investigation. Upon receipt of same, the matter may be pursued by filing suit within 90 days or your right to sue will be lost.

Should any questions arise re the foregoing matter, kindly feel free to contact Investigator Ashraf Ahmed at (212) 336 – 3781.

Sincerely,

Kevin Berry
District Director

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Julio Cury<br>2298 Creston Avenue<br>Unit 28<br>Bronx, NY 10468 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-02078 | **Ashraf Ahmed,** Investigator | (212) 336-3781 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Kevin J. Berry,
District Director

5/9/2016
(Date Mailed)

Enclosures(s)

cc: Terry Kalk
Director of Human Resources
THE WESTIN GRAND CENTRAL (STARWOOD HOTELS & RESORTS)
212 East 42nd Street
New York, NY 10017

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Julio Cury<br>2298 Creston Avenue<br>Unit 28<br>Bronx, NY 10468 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-02079 | Ashraf Ahmed,<br>Investigator | (212) 336-3781 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Kevin J. Berry,
District Director

5/9/2016
(Date Mailed)

Enclosures(s)

cc: **Attn<br>Union President<br>LOCAL 6<br>709 Eighth Avenue<br>New York, NY 10036**